**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jose Alfonso ESPINOSA–HERRERA,**
**Defendant—Appellant.**

No. 02–50145.

D.C. No. CR–01–03106–TJW.

United States Court of Appeals,
Ninth Circuit.

Submitted May 12, 2003.*

Decided May 15, 2003.

Before PREGERSON, REINHARDT and GRABER, Circuit Judges.

MEMORANDUM**

Jose Alfonso Espinosa–Herrera appeals his conviction by guilty plea and the sentence imposed for importation of cocaine, in violation of 21 U.S.C. §§ 952 and 960.

Espinosa–Herrera's contention that 21 U.S.C. § 960 is facially unconstitutional in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), and that *Harris v. United States,* 536 U.S. 545, 122 S.Ct. 2406, 153 L.Ed.2d 524 (2002), overrules *United States v. Buckland,* 289 F.3d 558, 562 (9th Cir.) (en banc), *cert. denied,* 535 U.S. 1105, 122 S.Ct. 2314, 152 L.Ed.2d 1067 (2002) and *United States v. Mendoza–Paz,* 286 F.3d 1104 (9th Cir.), *cert. denied,* —— U.S. ——, 123 S.Ct. 573, 154 L.Ed.2d 459 (2002), is foreclosed by *United States v. Hernandez,* 322 F.3d 592 (9th Cir.2003).

Espinosa–Herrera's contention that a mens rea requirement applies to the elements of drug type and quantity is foreclosed by *United States v. Carranza,* 289 F.3d 634, 644 (9th Cir.2002) and *Hernandez,* 322 F.3d at 602.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.